1  FRANK FALZETTA, Cal. Bar No. 125146
   ffalzetta@sheppardmullin.com
2  SCOTT SVESLOSKY, Cal. Bar No. 217660
   ssveslosky@sheppardmullin.com
3  LEO D. CASERIA, Cal. Bar No. 240323
   lcaseria@sheppardmullin.com
4  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   333 South Hope Street, 43rd Floor
5  Los Angeles, California  90071-1448
   Telephone:    213-620-1780
6  Facsimile:    213-620-1398

7  Attorneys for Defendant
   AMERICAN STATES INSURANCE
8  COMPANY

9                    UNITED STATES DISTRICT COURT

10                   EASTERN DISTRICT OF CALIFORNIA

11

12 SIERRA PACIFIC INDUSTRIES,            Case No. 2:11-CV-00346-MCE-JFM

13            Plaintiff,

14       v.                              **STIPULATION AND ORDER
                                         EXTENDING TIME FOR PARTIES
15 AMERICAN STATES INSURANCE             TO RESPOND TO DISCOVERY**
   COMPANY,
16
              Defendant.
17

-1-

## STIPULATION

**WHEREAS**, defendant American States Insurance Company ("ASIC") served plaintiff Sierra Pacific Industries, Inc. ("SPI") with its First Set of Interrogatories and First Demand for Production of Documents by regular mail on August 1, 2011;

**WHEREAS**, SPI served ASIC with SPI's Demand For Production Of Documents To Defendant ASIC, Set One by regular mail on August 23, 2011;

**WHEREAS**, SPI and ASIC have both obtained one 28-day extension to respond to the discovery requests that are the subject of this Joint Application, extending the time for SPI to respond to ASIC's First Set of Interrogatories and First Demand for Production of Documents until October 4, 2011 (see Docket Entry # 22) and extending the time for ASIC to respond to SPI's Document Demands until October 24, 2011 (see Docket Entry #23);

**WHEREAS**, on October 4, 2011, the deadline for SPI to respond to ASIC's First Set of Interrogatories and First Demand for Production of Documents, SPI served ASIC with written responses and objections but no documents;

**WHEREAS**, the parties have met and conferred and have agreed to cooperate and work together on a stipulated protective order to facilitate the production of documents and responses to written discovery;

**WHEREAS**, Local Rule 144(a) of the United States District Court, Eastern District of California provides that an initial 28-day extension of time to respond to discovery does not require Court approval, but "[a]ll other extensions of time must be approved by the Court";

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, through their undersigned counsel, that:

1. SPI and ASIC shall work diligently on a stipulated protective order to facilitate the production of documents and information responsive to the parties' respective discovery requests;

///

///

2. Within 30 days of the Court's entry of a protective order, SPI will produce documents and provide information to ASIC in response to ASIC's First Set of Interrogatories and First Demand for Production of Documents;

3. Also within 30 days of the Court's entry of a protective order, ASIC will respond to SPI's Demand For Production Of Documents;

4. SPI and ASIC must bring motions to compel further responses and supplemental production, if any, within 60 days of the deadlines set forth in paragraphs 2 and 3 above.

DATED: October 17, 2011        SHEPPARD MULLIN RICHTER & HAMPTON LLP

                              By        /s/ Leo D. Caseria
                                        LEO D. CASERIA
                                     Attorneys for Defendant
                              AMERICAN STATES INSURANCE COMPANY

DATED: October 17, 2011        THE LAW OFFICE OF DENISE JARMAN

                              By        /s/ Denise Jarman (as authorized on
                                                October 17, 2011)
                                          DENISE JARMAN
                                      Attorneys for Plaintiff
                                 SIERRA PACIFIC INDUSTRIES, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: October 26, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE