Denise Jarman SBN 88650
THE LAW OFFICE OF DENISE JARMAN
283 South Lake Avenue, Suite 200
Pasadena, CA 91101
Telephone: 626/768-1062
Facsimile: 866/715-4630
Email: jarmandenny@yahoo.com

Joel Westbrook  SBN 196578
MILES & WESTBROOK
1407 Oakland Boulevard, Suite 107
Walnut Creek, CA 94596
Telephone:  (925) 938-4500
Facsimile:  (925) 938-7007
Email:  joel@mileswestbrook.com

Attorney for Plaintiff
SIERRA PACIFIC INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| SIERRA PACIFIC INDUSTRIES,<br><br>PLAINTIFF,<br>vs.<br><br>AMERICAN STATES INSURANCE COMPANY,<br><br>DEFENDANT. | CASE NO. 2:11-CV-00346-MCE-JFM<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR THE PARTIES TO DISCLOSE EXPERT WITNESSES AND EXPERT REPORTS REQUIRED BY RULE 26(a)(2)** |
|---|---|

W02-WEST:1LDC2\404107422.1

-1-

**STIPULATION**

1  
2     **WHEREAS**, on October 17, 2011, defendant American States Insurance  
3 Company ("ASIC") and plaintiff Sierra Pacific Industries, Inc. ("SPI") filed with the  
4 Court the Stipulation and Order Extending Time for Parties to Respond to Discovery  
5 ("Stipulation to Respond to Discovery"), in which the parties stipulated to work  
6 diligently towards a protective order and stipulated that upon the Court's approval of said  
7 protective order the parties would: (1) within thirty days of said approval each produce  
8 documents and responses to their respective discovery requests; and (2) bring motions to  
9 compel, if necessary, within sixty days after said exchange;  
10     **WHEREAS**, the Court approved the Stipulation to Respond to Discovery on  
11 October 26, 2011;  
12     **WHEREAS**, the parties are diligently working on a protective order;  
13     **WHEREAS**, pursuant to the Joint Status Report filed by the parties on April 18,  
14 2011, the deadline for disclosing expert witnesses and reports in accordance with Rule  
15 26(a)(2) is currently November 9, 2011, and the deadline for disclosing expert rebuttal  
16 evidence is currently December 9, 2011;  
17     **WHEREAS**, these deadlines would run before the parties would exchange  
18 written discovery and produce documents pursuant to the Stipulation to Respond to  
19 Discovery;  
20     **NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the  
21 parties, through their undersigned counsel, that the November 9, 2011 deadline for  
22 disclosing expert witnesses and reports pursuant to Rule 26(a)(2) is hereby extended to  
23 thirty days after the last day for bringing motions to compel pursuant to the Stipulation to  
24 Respond to Discovery or ninety days before trial, whichever is earlier.  The deadline for  
25 disclosing expert rebuttal evidence is hereby extended to thirty days after the deadline for  
26 disclosing expert witnesses and reports.  
27  
28

1 | Dated: November 4, 2011     SHEPPARD MULLIN RICHTER & HAMPTON LLP

By  /s/ Leo D. Caseria (as authorized on November 4, 2011)

LEO D. CASERIA
Attorneys for Defendant
AMERICAN STATES INSURANCE
COMPANY

Dated: November 4, 2011     MILES & WESTBROOK

By  _____/s/ Joel M. Westbrook_____
JOEL M. WESTBROOK
Attorney for Plaintiff
SIERRA PACIFIC INDUSTRIES, INC.

**PURSUANT TO STIPULATION,  IT IS SO ORDERED.**

Dated:  November 8, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE