Denise Jarman SBN 88650
THE LAW OFFICE OF DENISE JARMAN
283 South Lake Avenue, Suite 200
Pasadena, CA 91101
Telephone: 626/768-1062
Facsimile: 866/715-4630
Email: jarmandenny@yahoo.com

Joel Westbrook  SBN 196578
MILES & WESTBROOK
1407 Oakland Boulevard, Suite 107
Walnut Creek, CA 94596
Telephone:  (925) 938-4500
Facsimile:  (925) 938-7007
Email:  joel@mileswestbrook.com

Attorney for Plaintiff
SIERRA PACIFIC INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| SIERRA PACIFIC INDUSTRIES,<br><br>PLAINTIFF,<br>vs.<br><br>AMERICAN STATES INSURANCE COMPANY,<br><br>DEFENDANT. | CASE NO. 2:11-CV-00346-MCE-JFM<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR THE PARTIES TO DISCLOSE EXPERT WITNESSES AND EXPERT REPORTS REQUIRED BY RULE 26(a)(2)** |

**STIPULATION**

**WHEREAS**, on October 17, 2011, defendant American States Insurance Company ("ASIC") and plaintiff Sierra Pacific Industries, Inc. ("SPI") filed with the Court the Stipulation and Order Extending Time for Parties to Respond to Discovery ("Stipulation to Respond to Discovery"), in which the parties stipulated to work diligently towards a protective order and stipulated that upon the Court's approval of said protective order the parties would: (1) within thirty days of said approval each produce documents and responses to their respective discovery requests; and (2) bring motions to compel, if necessary, within sixty days after said exchange;

**WHEREAS**, the Court approved the Stipulation to Respond to Discovery on October 26, 2011;

**WHEREAS**, the parties are diligently working on a protective order;

**WHEREAS**, pursuant to the Joint Status Report filed by the parties on April 18, 2011, the deadline for disclosing expert witnesses and reports in accordance with Rule 26(a)(2) is currently November 9, 2011, and the deadline for disclosing expert rebuttal evidence is currently December 9, 2011;

**WHEREAS**, these deadlines would run before the parties would exchange written discovery and produce documents pursuant to the Stipulation to Respond to Discovery;

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, through their undersigned counsel, that the November 9, 2011 deadline for disclosing expert witnesses and reports pursuant to Rule 26(a)(2) is hereby extended to thirty days after the last day for bringing motions to compel pursuant to the Stipulation to Respond to Discovery or ninety days before trial, whichever is earlier. The deadline for disclosing expert rebuttal evidence is hereby extended to thirty days after the deadline for disclosing expert witnesses and reports.

1   Dated:  November 4, 2011        SHEPPARD MULLIN RICHTER & HAMPTON LLP

2

3                                   By  /s/ Leo D. Caseria (as authorized on November 4, 2011)

4                                          LEO D. CASERIA
                                          Attorneys for Defendant
5                                   AMERICAN STATES INSURANCE
                                            COMPANY
6

7   Dated:  November 4, 2011        MILES & WESTBROOK

8

9                                   By  _____/s/ Joel M. Westbrook_____
                                          JOEL M. WESTBROOK
10                                        Attorney for Plaintiff
                                    SIERRA PACIFIC INDUSTRIES, INC.
11

12          **PURSUANT TO STIPULATION,  IT IS SO ORDERED.**

13

14  Dated:  November 8, 2011

15

16                                  MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

W02-WEST:1LDC2\404107422.1

                              -3-