IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
|     Plaintiff, | No. CIV S-09-2445 KJM-EFB |
| vs. | |
| SIERRA PACIFIC INDUSTRIES; et al., | |
|     Defendants.                            / | |
| SIERRA PACIFIC INDUSTRIES, | |
|     Plaintiff, | No. CIV S-11-0346 MCE-JFM |
| vs. | |
| AMERICAN STATES INSURANCE CO., | |
|     Defendant.                             / | |
| AMERICAN STATES INSURANCE CO., | |
|     Plaintiff, | No. CIV S-12-1489 JAM-DAD |
| vs. | |
| INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, | |
|     Defendant.                             / | RELATED CASE ORDER |

1    Examination of the above-captioned actions reveals that they are not related
2 within the meaning of Local Rule 123(a).  Here, although the actions numbered 11-0346 and 12-
3 1489 stem from the same event as the action numbered 09-2445, the three actions are not based
4 on a similar claim, nor do they involve similar questions of fact or law such that "their
5 assignment to the same Judge or Magistrate Judge is likely to effect a substantial savings of
6 judicial effort."  Local Rule 123(a)(1)-(3).  Moreover, 11-0346 and 12-1489 would not "entail
7 substantial duplication of labor" if these actions are heard by different judges from 09-2445.
8 Accordingly, the assignment of these matters to the same judge will not effect a substantial
9 savings of judicial effort or be convenient for the parties.

10   As a result, these three cases shall not be related.  The undersigned expresses no
11 opinion regarding the relation of 11-0346 and 12-1489 to each other.

12   IT IS SO ORDERED.

13 DATED: July 6, 2012.

_____
UNITED STATES DISTRICT JUDGE