FRANK FALZETTA, Cal. Bar No. 125146
ffalzetta@sheppardmullin.com
SCOTT SVESLOSKY, Cal. Bar No. 217660
ssveslosky@sheppardmullin.com
LEO D. CASERIA, Cal. Bar No. 240323
lcaseria@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1448
Telephone:    213-620-1780
Facsimile:     213-620-1398

Attorneys for Defendant and Counterclaimant
AMERICAN STATES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA PACIFIC INDUSTRIES,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN STATES INSURANCE COMPANY,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIM. | Case No. 2:11-CV-00346-MCE-JFM<br><br>**AMENDED STIPULATION AND ORDER TO AMEND PRETRIAL SCHEDULING ORDER AND EXTEND EXPERT DISCOVERY CUTOFF AND FACT DISCOVERY CUTOFF TO FACILITATE SETTLEMENT** |

**STIPULATION**

Pursuant to Local Rules 143 and 144, and Section XIII of the Court's Pretrial Scheduling Order (ECF No. 61), Plaintiff and Counter-Defendant Sierra Pacific Industries, Inc. ("SPI") and Defendant and Counterclaimant American States Insurance Company ("ASIC") (collectively, the "Parties") hereby stipulate and agree, subject to Court approval, to continue the deadline for disclosing expert witnesses and producing their reports from December 5, 2012 to January 2, 2013, and to continue the fact discovery deadline from November 5, 2012 to December 7, 2012, in order to facilitate a settlement of this action.  This Amended Stipulation and Proposed Order amends and supersedes the Stipulation and Proposed Order filed on October 26, 2012 (ECF No. 118).  Specifically, SPI and ASIC stipulate and agree as follows:

**WHEREAS**, SPI filed its First Amended Complaint ("FAC") against ASIC on April 7, 2011;

**WHEREAS**, ASIC filed its Counterclaim against SPI on August 1, 2011;

**WHEREAS**, ASIC filed a Motion for Summary Judgment on June 22, 2012, which has been fully briefed and is under the Court's consideration;

**WHEREAS**, counsel for ASIC took a partial deposition of David Dun on October 24, 2012, but has not yet completed Mr. Dun's deposition;

**WHEREAS**, depositions of the following individuals have been noticed but not yet taken: James Biernat, Mike Budra, William Warne, Jon Gartman, Annie Amaral and SPI's Persons Most Knowledgeable as to certain topics;

**WHEREAS**, on Monday, October 29, 2012, the Parties' principals and counsel had a productive discussion at a settlement meeting and there now appears to be a strong possibility that SPI and ASIC will be able to reach a settlement of all of their disputes in the above-captioned matter within a few weeks;

**WHEREAS**, the fact discovery cutoff in this case is currently set for November 5, 2012 under Section IV of the Court's Pretrial Scheduling Order (ECF No. 61) as amended by the Stipulation and Order entered by the Court on August 23, 2012 (ECF No. 114);

**WHEREAS**, the expert disclosure cutoff in this case is currently set for December 5, 2012 under Section V of the Court's Pretrial Scheduling Order (ECF No. 61);

**WHEREAS**, trial is not set to begin in this case until August 5, 2013 under Section X of the Court's Pretrial Scheduling Order (ECF No. 61 at 2);

**WHEREAS**, good cause exists for the Court to modify the Pretrial Scheduling Order and extend the deadline for expert disclosure from December 5, 2012 to January 2, 2013, and to extend the deadline for fact discovery from November 5, 2012 to December 7, 2012 for the purpose of taking already-noticed depositions, pursuant to the Parties' stipulation for the following reasons:

1. Principals and counsel for SPI and ASIC participated in a Settlement Meeting on October 29, 2012, to discuss and attempt to resolve all or part of the parties' disputes in the above-captioned matter.  The settlement discussions were quite productive, and there now appears to be a strong possibility that SPI and ASIC will be able to reach a settlement of all of their disputes in the above-captioned matter within a few weeks.

2. Given the likelihood of settlement, SPI and ASIC would like to avoid incurring the time and expense to prepare for, take and defend the depositions of James Biernat, Mike Budra, William Warne, Jon Gartman, Annie Amaral, SPI's Persons Most Knowledgeable as to certain topics, and the continued deposition of David Dun.  If SPI and ASIC settle all their disputes, the settlement will eliminate the need for these depositions.

3. Given the likelihood of settlement, SPI and ASIC would like to avoid incurring the time and expense to prepare expert reports.  If SPI and ASIC settle all their disputes, the settlement will eliminate the need for expert reports.

4. Extending the deadline for expert disclosure from December 5, 2012 to January 2, 2013 and extending the deadline for fact discovery from November 5, 2012 to December 7, 2012 would provide the parties more time to cooperate and reach a compromise to resolve the above-captioned matter, and to avoid incurring potentially unnecessary time and expense associated with depositions and expert reports.

5. Counsel for SPI and ASIC have already discussed the remaining depositions and have agreed to postpone all remaining depositions to facilitate settlement.

6. Extending the deadline for expert disclosure from December 5, 2012 to January 2, 2013 and extending the deadline for fact discovery from November 5, 2012 to December 7, 2012 would

not affect any other dates or deadlines in the Court's Pretrial Scheduling Order.  Trial is not set to begin until August 5, 2013.

**NOW, THEREFORE, IT IS HEREBY STIPULATED** by and between the parties, through their undersigned counsel, that the expert disclosure deadline in this matter is hereby extended from December 5, 2012 to January 2, 2013, and the fact discovery deadline in this matter is hereby extended from November 5, 2012 to December 7, 2012.

Subject to Court approval, Section V of the Court's January 12, 2012 Pretrial Scheduling Order is hereby amended to read as follows:

> V. DISCLOSURE OF EXPERT WITNESSES
>
> All counsel are to designate in writing, file with the Court, and serve upon all other parties the name, address, and area of expertise of each expert that they propose to tender at trial not later than **January 2, 2013**. The designation shall be accompanied by a written report prepared and signed by the witness. The report shall comply with Fed. R. Civ. P. 26(a)(2)(B).Within twenty (20) days after the designation of expert witnesses, any party may designate a supplemental list of expert witnesses who will express an opinion on a subject covered by an expert designated by an adverse party.

Also subject to Court approval, Section IV of the Court's January 12, 2012 Pretrial Scheduling Order, as amended by the Stipulation and Order entered by the Court on August 23, 2012 (ECF No. 114) is hereby amended again to read as follows:

> IV.  DISCOVERY
>
> All discovery, with the exception of expert discovery, shall be completed by **December 7, 2012**. In this context, "completed" means that all discovery shall have been conducted so that all depositions have been taken and any disputes relative to discovery shall have been resolved by appropriate order if necessary and, where discovery has been ordered, the order has been obeyed. All motions to compel discovery must be noticed on the magistrate judge's calendar in accordance with the local rules of this Court.

1  DATED: October 30, 2012         SHEPPARD MULLIN RICHTER & HAMPTON LLP

2                                  By         /s/ Leo D. Caseria
3                                              LEO D. CASERIA
                                    Attorneys for Defendant and Counterclaimant
4                                   AMERICAN STATES INSURANCE COMPANY

5  DATED: October 30, 2012         MILES & WESTBROOK

6                                  By     /s/ Joel Westbrook (as authorized on
7                                                October 30, 2012)
                                              JOEL WESTBROOK
8                                   Attorneys for Plaintiff and Counterdefendant
                                         SIERRA PACIFIC INDUSTRIES, INC.
9
10 **PURSUANT TO STIPULATION, IT IS SO ORDERED**.

11
   Dated: November 21, 2012
12
13                                  _____
                                    MORRISON C. ENGLAND, JR
14                                  UNITED STATES DISTRICT JUDGE