UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA PACIFIC INDUSTRIES, | No. 11-CV-00346-MCE-JFM |
| Plaintiff, | |
| v. | **ORDER** |
| AMERICAN STATES INSURANCE COMPANY. | |
| Defendants. | |

The Court reviewed the parties' joint request that the Court stay all proceedings in this action for an additional 45 days to allow the parties time to memorialize the settlement the parties reached. Specifically, the parties request that the deadline for fact discovery be extended from December 7, 2012 to January 22, 2013 and the deadline for expert discovery to be extended from January 2, 2013 to February 15, 2013.

///

///

///

///

///

///

1

The parties' joint motion is GRANTED and the fact discovery deadline will be extended to January 22, 2013 and the expert discovery deadline will be extended to February 15, 2013.

    IT IS SO ORDERED.

Dated:  January 8, 2013

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT