FRANK FALZETTA, Cal. Bar No. 125146
ffalzetta@sheppardmullin.com
SCOTT SVESLOSKY, Cal. Bar No. 217660
ssveslosky@sheppardmullin.com
LEO D. CASERIA, Cal. Bar No. 240323
lcaseria@sheppardmullin.com
SHEPPARD MULLIN RICHTER & HAMPTON LLP
333 South Hope Street, 43rd Floor
Los Angeles, California  90071-1448
Telephone:    213-620-1780
Facsimile:    213-620-1398

Attorneys for Defendant and Counterclaimant
AMERICAN STATES INSURANCE COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA PACIFIC INDUSTRIES,<br><br>                    Plaintiff,<br><br>          v.<br><br>AMERICAN STATES INSURANCE COMPANY,<br><br>                    Defendant. | Case No.:  2:11-CV-00346-MCE-JFM<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between Sierra Pacific Industries, Inc. ("Sierra") and American States Insurance Company ("American"), through their respective designated counsel, that they have entered into the Sierra Pacific Industries – Liberty Settlement Agreement and Amendment thereto, which resolve all claims between them in this action.  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Sierra and American stipulate that:

        1.     Sierra dismisses its First Amended Complaint against American without prejudice.

2. American dismisses its Counterclaim against Sierra without prejudice.

3. Each party shall bear its own attorneys' fees and costs.

DATED: May 14, 2013                    Respectfully submitted,

COVINGTON & BURLING LLP

/s/ Lawrence A. Hobel
Lawrence A. Hobel (SBN 73364)
Attorneys for Plaintiff and Counterdefendant SIERRA PACIFIC INDUSTRIES, INC.

DATED: May 14, 2013                    SHEPPARD MULLIN RICHTER & HAMPTON LLP

/s/ Scott Sveslosky
Attorneys for Defendant and Counterclaimant AMERICAN STATES INSURANCE COMPANY

## ORDER

In accordance with the foregoing stipulation, both Sierra's First Amended Complaint and American's Counterclaim against Sierra are hereby dismissed, without prejudice. The matter having now been resolved in its entirety, the Clerk of Court is hereby directed to close the file.

IT IS SO ORDERED.

DATED: May 23, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT