1  FRANK FALZETTA, Cal. Bar No. 125146
   ffalzetta@sheppardmullin.com
2  SCOTT SVESLOSKY, Cal. Bar No. 217660
   ssveslosky@sheppardmullin.com
3  LEO D. CASERIA, Cal. Bar No. 240323
   lcaseria@sheppardmullin.com
4  SHEPPARD MULLIN RICHTER & HAMPTON LLP
   333 South Hope Street, 43rd Floor
5  Los Angeles, California  90071-1448
   Telephone:    213-620-1780
6  Facsimile:    213-620-1398

7  Attorneys for Defendant and Counterclaimant
   AMERICAN STATES INSURANCE COMPANY
8

9

10                UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12

13 | SIERRA PACIFIC INDUSTRIES,           | Case No.:  2:11-CV-00346-MCE-JFM
14 |              Plaintiff,              |
15 |        v.                            | **STIPULATION AND ORDER OF DISMISSAL**
16 | AMERICAN STATES INSURANCE COMPANY,   |
17 |              Defendant.              |

18

19

20

21         IT IS HEREBY STIPULATED by and between Sierra Pacific Industries,

22  Inc. ("Sierra") and American States Insurance Company ("American"), through their

23  respective designated counsel, that they have entered into the Sierra Pacific Industries –

24  Liberty Settlement Agreement and Amendment thereto, which resolve all claims

25  between them in this action.  Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of

26  Civil Procedure, Sierra and American stipulate that:

27         1.     Sierra dismisses its First Amended Complaint against American

28  without prejudice.

2. American dismisses its Counterclaim against Sierra without prejudice.

3. Each party shall bear its own attorneys' fees and costs.

DATED: May 14, 2013                     Respectfully submitted,

COVINGTON & BURLING LLP

/s/ Lawrence A. Hobel
Lawrence A. Hobel (SBN 73364)
Attorneys for Plaintiff and
Counterdefendant SIERRA PACIFIC
INDUSTRIES, INC.

DATED: May 14, 2013                     SHEPPARD MULLIN RICHTER &
                                        HAMPTON LLP

/s/ Scott Sveslosky
Attorneys for Defendant and
Counterclaimant AMERICAN STATES
INSURANCE COMPANY

## ORDER

In accordance with the foregoing stipulation, both Sierra's First Amended Complaint and American's Counterclaim against Sierra are hereby dismissed, without prejudice. The matter having now been resolved in its entirety, the Clerk of Court is hereby directed to close the file.

IT IS SO ORDERED.

DATED: May 23, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT